UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MURO,<br><br>            Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>            Defendant. | CASE NUMBER: 1:21-cv-00685-GSA<br><br>**ORDER DIRECTING SUBMISSION OF SERVICE DOCUMENTS** |

    Pursuant to the Instructions for Service of Social Security Appeals (USM Instructions, Doc 5-3, page 1), Plaintiff must submit the documents specified therein to the clerk's office for the United States Marshall to serve on Defendant. Thereafter, Plaintiff must file the notice of submission of documents to confirm that she did so (Doc. 5-3, page 2).

    Accordingly, Plaintiff is **DIRECTED** to submit service documents to the clerk's office and file the notice confirming she did so by May 27, 2021.

IT IS SO ORDERED.

    Dated:   **May 12, 2021**              **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE