# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| OMAR MURO,<br><br>              Plaintiff,<br><br>      vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>              Defendant. | Case No.: 1:21-cv-00685-GSA<br><br>STIPULATION TO REMAND AND ORDER |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.  On remand, the September 30, 2020 decision of the administrative law judge (ALJ) will be vacated, and the case will be remanded to an ALJ who will offer the claimant an opportunity for a de novo hearing and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 13th day of January, 2022.

Dated:  January 13, 2022          */s/  Jacqueline Anna Forslund*
                                  JACQUELINE ANNA FORSLUND

|  |  |
|---|---|
|  | Attorney for Plaintiff |
|  | *Authorized via e-mail on January 12, 2022 |
| Dated: January 13, 2022 | PHILLIP A. TALBERT |
|  | Acting United States Attorney |
|  | LISA A. THOMAS |
|  | Regional Chief Counsel, Region VII |
|  | Social Security Administration |
| By: | /s/ *SARAH E. PRESTON* |
|  | SARAH E. PRESTON |
|  | Special Assistant United States Attorney |
|  | Attorneys for Defendant |

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **January 13, 2022**            /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE